IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KEVIN BRINK, on behalf of self
and all others similarly situated,
Classes A, B and C,

        Plaintiffs,

v.     No. 13-CV-00946 WPL-GBW

CITY OF LAS CRUCES,

        Defendant.

## ORDER SUBSTITUTING COUNSEL

THIS MATTER having come before the Court pursuant to the Plaintiffs' Motion to Substitute Counsel, the Court having reviewed the case file and being otherwise fully apprised in the motion, finds the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that C. J. McElhinney, Esq., is hereby substituted as counsel for the Plaintiffs and Manuel Lopez, Esq., is hereby withdrawn from representation of Plaintiffs.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE